IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

MICHAEL AYELE

Complainant

v.                                                              Civil Action No. N/A

WASHINGTON ADVENTIST HOSPITAL
MARYLAND CRISIS TEAM
MONTGOMERY COUNTY POLICE DEPARTMENT

Respondent.



**NOTICE OF CIVIL RIGHT VIOLATION COMPLAINT AND REQUEST TO PROCEED IN FORMA PAUPERIS**

To whom it may concern,

I am writing this letter because I could not find a civil complaint form to fill out and mail on your website, which I have thoroughly looked through. (United States District Court for the District of Maryland)[i] I was "detained" at the Mcdonalds located at 11146 New Hampshire Ave, Silver Spring, MD 20904, United States sometime in the month of early August 2015. (The date is unclear as I have since lost my personal notebook.) I was then taken to Washington Adventist Hospital (WAH) located at 7600 Carroll Ave, Takoma Park, MD 20912, United States against my will. No charges were filed against me and no lawyer was provided on my behalf to represent me in civil court following my detention. A kangaroo court inside the Hospital prohibited me from obtaining a firearm and also prolonged my stay. (Michael Ayele Facebook Note)[ii] Though I have previously spoken against an American culture, which has promoted laws such as "Stand Your Ground" and has also become intensely obsessed with semi-automatics, does the prohibition of my possessing a firearm a clear violation of my Second Amendment Right and is on face-value as groundless as it is baseless? The session, (which featured a white female who described herself as "Judge" and representatives from the Hospital) was recorded through the means of an audiotape. Though the length of time I have spent in that Mental Institution is considerably less than the internment of Japanese Americans during World War II or the detainees of Guantanamo Bay I have spoken on behalf of, the circumstances and details of the detention is incredibly similar to what they have lived through. (See interview with Human Rights First on Guantanamo)[iii] I have since that incident created three petitions, which were signed by staff of the Washington Adventist Hospital, students of Howard University (2400 Sixth St NW, Washington, DC 20059, United States), faculty at the University of the District of Columbia School of Law(4200 Connecticut Ave NW, Washington, DC 20008, United States) and employees of Adulis Enterprises (7835 Eastern Avenue # 200, Silver Spring, MD 20910.) The first petition opposes the monitoring and tracking of internet traffic, cellular phones and other means of communication, because I deem it to be an invasion of personal privacy.[iv] The second

petition prohibits detention without formal charges being levied upon an individual and requests that police officers wear body cameras for their safety and the safety of those they have sworn to protect and serve in order to increase accountability.[v] The last petition seeks to legalize marijuana,[vi] universalize access to universal education and healthcare,[vii] while at the same time calling for an international discussion about matters of racial discrimination and corruption.[viii]

Unlawful restraint occurs when a person knowingly or purposely and without lawful authority restrains another so as to interfere substantially with the other person's liberty. I believe this has happened to me when I was taken to Washington Adventist Hospital against my will. The events preceding the detention was recorded and posted on YouTube upon my release and can be found here: https://www.youtube.com/watch?v=whH-itaV7_c

As remedy for my detention, I seek compensation in the amount of $25,000 for pain and suffering, and the promulgation into law of the petition I have created, while inside the Washington Adventist Hospital. I also seek any and all information pertaining to that detention whether in possession of Washington Adventist Hospital, the police officers who had detained me or the court to become available to myself and that they be mailed to the following address:
Michael Ayele

P.O.BOX 12596
Addis Ababa, Ethiopia

Respectfully submitted:
Michael Ayele
Anti-Racist Human Rights Activist
Audio Visual Media Analyst
Anti-Propaganda Journalist
Signature: _____

---

Work Cited

[i] There is a link to a Civil Cover Sheet Form, but nothing to a Civil Complaint Form, the link to which can be found here: https://www.mdd.uscourts.gov/publications/forms/CivilCoverSheet.pdf

[ii] *Opposing my Illegal Detention Inside Washington Adventist Hospital,* by Michael Ayele: https://www.facebook.com/notes/michael-ayele/opposing-my-illegal-detention-inside-the-washington-adventist-hospital/1168252026523772

[iii] *Discussing Guantanamo With Human Rights First:* https://www.youtube.com/watch?v=zeWpPdN3M38

[iv] Opposing Mass Surveillance: https://www.facebook.com/michael.atnafu/photos?source_ref=pb_friends_tl

[v] *Discussing Miranda Rights with Howard University Security* by Michael Ayele: https://www.youtube.com/watch?v=xbyGcEXZQOM

[vi] *Off Duty Police Officer Answers Questions About Dreads and Marijuana by Michael Ayele:* https://www.youtube.com/watch?v=ftfrDWKvwf8
The Case for Marijuana Legalization by Michael Ayele: https://www.facebook.com/notes/michael-ayele/the-case-for-marijuana-legalization/1080233428658966

[vii] *Discussing USCIS, Universal Education and Arbitrary Detention* with Dinberu Melakehiwot by Michael Ayele: https://www.youtube.com/watch?v=Yw0QM8TULEU
Additional Video: https://www.youtube.com/watch?v=X2ZpyOp5P_8

[viii] *The Frankest Racial Discussion of my Life by Michael Ayele:* https://www.youtube.com/watch?v=RNTsNWe6q1g